UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 23-6023-MWF(KSx) | Date: October 10, 2023 |
| Title | GS Holistic, LLC v. Rony Yousef, et al. | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 25, 2023. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on October 23, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 24, 2023**.

- By Plaintiff: Proofs of Service of the Summons and Complaint on Defendants.

    AND/OR

- By Defendants: Responses to the Complaint. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

    OR

- By Plaintiff: Applications to Clerk to Enter Default as to Defendants who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-6023-MWF(KSx)**                                    Date:  October 10, 2023

Title          **GS Holistic, LLC v. Rony Yousef, et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **October 24, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm